# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: Oshawn Lee** ) | |
| ) | |
| ) | Bankruptcy No. 13 B 25889 |
| ) | |
| **Debtor(s)** ) | |
| ) | |

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  February 27, 2014 at 10:30 a.m.   in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Ronald R. Peterson is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date: January 10, 2014

In re: Oshawn Lee
Bankruptcy No. 13 B 25889

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on January 10, 2014, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_Deborah Smith_
Courtroom Deputy

### Electronic Service through CM/ECF System

Trustee
Ronald R Peterson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

### Served through First Class Mail

Debtor/Pro Se
Oshawn Lee
8220 S Avalon
Chicago, IL 60619